IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02379-ZLW

CLINTON T. ELDRIDGE,

    Plaintiff,

v.

R. WILEY, Warden, ADX,
MICHAEL K. NALLEY, Regional Director, and
S. NEPZIGER, [unreadable], Clinical Director,

    Defendants.

```
                    FILED
           UNITED STATES DISTRICT COURT
              DENVER, COLORADO

                 JUN 13 2007

           GREGORY C. LANGHAM
                              CLERK
```

## ORDER DENYING MOTION TO RECONSIDER

This matter is before the Court on the motion for reconsideration that Plaintiff Clinton T. Eldridge filed *pro se* on June 4, 2007. On April 6, 2007, Mr. Eldridge filed a notice of appeal in which he appealed from the March 15, 2007, order and judgment of dismissal, which denied him leave to proceed pursuant to 28 U.S.C. § 1915(g) (2006) and dismissed the complaint and the instant action without prejudice. On April 6 and 30, 2007, Mr. Eldridge also filed two deficient motions for leave to proceed on appeal pursuant to § 1915 and Fed. R. App. P. 24. Mr. Eldridge seeks reconsideration of the May 23, 2007, order denying him leave to proceed *in forma pauperis* on appeal because the April 6 and 30 motions were deficient. He also appears to seek reconsideration of the March 15 dismissal order.

To the extent Mr. Eldridge seeks reconsideration of the May 23, 2007, order denying him leave to proceed *in forma pauperis* on appeal because the April 6 and 30

motions were deficient, the motion will be denied. The April 6, 2007, motion is not on the proper, Court-approved form and is not accompanied by a certified copy of Mr. Eldridge's trust fund account statement for the six-month period immediately preceding the filing of the notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined. *See* 28 U.S.C. § 1915(a)(2). The April 30, 2007, motion is accompanied by a certified copy of Mr. Eldridge's trust fund account statement that appears to be obtained from a prison official, but the statement is not for the six-month period immediately preceding the filing of the notice of appeal. *See id.*

To the extent Mr. Eldridge also seeks reconsideration of the March 15, 2007, order and judgment of dismissal, which denied him leave to proceed pursuant to 28 U.S.C. § 1915(g) and dismissed the complaint and the instant action without prejudice, the motion for reconsideration also will be denied. Mr. Eldridge already has appealed from the March 15 order and, therefore, this Court no longer has jurisdiction over the instant action. *See Stewart v. Donges*, 915 F.2d 572, 575 (10th Cir. 1990). Accordingly, it is

ORDERED that the motion for reconsideration that Plaintiff Clinton T. Eldridge filed *pro se* on June 4, 2007 is denied.

DATED at Denver, Colorado, this 13 day of June, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-02379-BNB

Clinton Eldridge
Reg. No. 00545-000
ADX - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  6-13-07

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk